# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 FEB 27 P 4: 53

CLERK
SO. DIST. OF GA.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James Mitchell | ) | Case No: CR298-00034-001 and CR298-00042-001 |
| | ) | USM No: 09869-021 |
| Date of Previous Judgment: December 4, 1998 | ) | Grayson Lane |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  a total of 160  months **is reduced to**  time served, plus 10 days  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:  35              Amended Offense Level:  33
Criminal History Category:  III           Criminal History Category:  III
Previous Guideline Range:  210  to  262  months     Amended Guideline Range:  168  to  210  months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  December 4, 1998  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  February 27, 2008

_____
Judge's signature

Effective Date:  2-27-08
(if different from order date)

_____
Judge, U.S. District Court
Printed name and title